UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MOHAMAD ABOUKHODR, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 2:21-cv-12496-DPH-CI |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE.

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Mohamad Aboukhodr and Defendant JP Morgan Chase Bank, N.A. ("Chase"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 3, 2022

s/Denise Page Hood
United States District Judge

-1-

**STIPULATED AS TO FORM AND SUBSTANCE:**

Dated this 30th day of December 2021

/s/ *Youssef H. Hammoud*
Youssef H. Hammoud, CA #321934
PRICE LAW GROUP, APC
6345 Balboa Blvd., Suite 247
Encino, CA 91316
Tel: (818) 600-5596
Fax: (818) 600-5496
E-mail: youssef@pricelawgroup.com

David A. Chami, AZ # 027585
PRICE LAW GROUP, APC
8245 N. 85th Way,
Scottsdale, AZ 85258
Tel: (818) 600-5515
Fax: (818) 600-5415
E-mail: david@pricelawgroup.com

Susan M. Rotkis, AZ #032866
PRICE LAW GROUP, APC
2290 E Speedway Blvd
Tucson, AZ 85719
Tel: (818) 600-5506
Fax: (818) 600-5406
E-mail: susan@pricelawgroup.com

*Class Counsel*

Dated this 30th day of December 2021

/s/ *Joshua Apel* (by consent)
J. David Garcia (P60194)
Jaye Quadrozzi (P71646)
Joshua D. Apel (P79206)
**YOUNG, GARCIA & QUADROZZI, PC**
27725 Stansbury Blvd, Suite 125
Farmington Hills, MI 48334
(248) 353-8620
efiling@youngpc.com

Todd A. Noteboom (MN #0240047)
Andrew P. Leiendecker (MN #0399107)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
todd.noteboom@stinson.com
andrew.leiendecker@stinson.com

*Counsel for Defendant*
*JPMorgan Chase Bank, N.A*